IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff,         3:07-CR-00297-01 BR

    v.            ORDER OF GARNISHMENT

NEIL T. ADKINS,

    Defendant,

DEPARTMENT OF REVENUE,

    Garnishee.

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee filed an Answer on June 1, 2012, stating that at the time of the service of the Writ it had in its possession, custody or control, personal property belonging to and due defendant, and garnishee was indebted to defendant in the sum amount of $156,258.20.

On May 7, 2012, defendant was notified of his right to a hearing and on May 16, 2012, defendant filed a Claim for Exemption Form with the Court. On May 18, 2012,

Plaintiff filed a Response to defendant's claim for exemption requesting that the defendant's request for exemption be denied because the exemptions claimed do not relate to the proceeds the government is seeking. Further, defendant does not qualify for any of the listed exemptions.

IT IS ORDERED that the defendant's request for exemptions be denied, and that garnishee pay to Plaintiff, $156,258.20 as currently held pursuant to the issued Writ of Garnishment and to continue to withhold and pay the United States all future payments until defendant's debt to the plaintiff ($1,401,659.03 as of July 25, 2012), is paid in full, or until the garnishee no longer has custody, possession, or control of any property belonging to the debtor, or until further Order of this Court, whichever comes first.

Payments shall be made payable to **Clerk of Court** and mailed to **United States District Court Attn: Clerk's Office, 1000 SW Third Avenue, Suite 740, Portland, OR 97204.** (The Court conducted a hearing on this matter on 7/25/2012. Despite notice, Defendant did not appear.)

Dated this 25 day of July, 2012.

_____
HONORABLE ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Robert D. Nesler
ROBERT D. NESLER
Assistant United States Attorney

PAGE 2 - GARNISHEE ORDER
US v. ADKINS, CR 07-297-01 BR